IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CYNTHIA L.-B.** on behalf of
**I. B.-Y.** (a minor child),[1]

    Plaintiff,

v.

**NANCY BERRYHILL,** Acting
Commissioner of Social Security,

    Defendant.

No. 3:17-cv-01793-MO

ORDER AWARDING ATTORNEY FEES
UNDER THE EQUAL ACCESS TO
JUSTICE ACT, PURSUANT TO
28 U.S.C. § 2412(d)

**MOSMAN, J.,**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees [25], IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA, in the amount of FIVE THOUSAND THREE HUNDRED FIFTY-SIX DOLLARS AND THIRTY-ONE CENTS ($5,356.31). Based on the terms of the Stipulation [25], this award is subject to the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the adult nongovernmental party in this case. Initials are also used for the first and last name of the minor child nongovernmental party in this case.

1 – ORDER

If Plaintiff has no debt subject to offset, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt subject to offset, the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 21 day of March, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge